UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-CV-11939-AK

**ROBERT A. DOANE on behalf of himself and others similarly situated,**

               **Plaintiff,**

    v.

**MEGA ENERGY OF NEW ENGLAND, LLC,**

               **Defendant.**

**NOTICE OF SETTLEMENT IN PRINCIPLE
AND JOINT REQUEST TO EXTEND DEADLINES**

    The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulation of Dismissal. The parties intend to file the Stipulation of Dismissal as soon as practicable, but respectfully request that the parties are given 30 to do so. Accordingly, the parties respectfully request that the Court stay all deadlines, including but not limited to Defendant's deadline to respond to the Complaint, for a period of 30 days.

                              Respectfully Submitted, Robert A. Doane
                              By his Attorneys

                              /s/ Richard B. Reiling
                              Richard B. Reiling, BBO #629203
                              BOTTONE | REILING
                              63 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Telephone: 617.412.4291
                              Email:  richard@bottonereiling.com

/s/ David Pastor
David Pastor, BBO # 391000
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617.742.9700
Email:  dpastor@pastorlawoffice.com

*Counsel for Plaintiff and the Class*

And

/s/ James F. Radke (via Email Authorization
James F. Radke, BBO # 667299
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
Telephone: 617-482-3868
Email: jradke@murthalaw.com

Ryan D. Watstein (*pro hac vice forthcoming*)
rwatstein@kcozlaw.com
Alexander D. Terepka (*pro hac vice forthcoming*)
aterepka@kcozlaw.com
Kabat Chapman & Ozmer LLP
171 17th Street NW, Ste. 1550
Atlanta, GA 30363
Telephone: 404.400.7300

*Counsel for Defendant*