UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEGA ENERGY OF NEW ENGLAND, LLC,<br><br>　　　　　Defendant. | C.A. No. 1:21-CV-11939-AK |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all claims in the above captioned action are dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted on June 2, 2022

　　　　　　　　　　　　　　　　　　Robert A. Doane
　　　　　　　　　　　　　　　　　　By his Attorneys

　　　　　　　　　　　　　　　　　　/s/ Richard B. Reiling
　　　　　　　　　　　　　　　　　　Richard B. Reiling, BBO #629203
　　　　　　　　　　　　　　　　　　BOTTONE | REILING
　　　　　　　　　　　　　　　　　　63 Atlantic Avenue, 3rd Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Telephone: 617.412.4291
　　　　　　　　　　　　　　　　　　Email:  richard@bottonereiling.com

/s/ David Pastor
David Pastor, BBO # 391000
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617.742.9700
Email:  dpastor@pastorlawoffice.com

*Counsel for Plaintiff and the Class*

And

/s/ James F. Radke
James F. Radke, BBO # 667299
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
Telephone: 617-482-3868
Email: jradke@murthalaw.com

Ryan D. Watstein (*pro hac vice forthcoming*)
rwatstein@kcozlaw.com
Alexander D. Terepka (*pro hac vice forthcoming*)
aterepka@kcozlaw.com
Kabat Chapman & Ozmer LLP
171 17th Street NW, Ste. 1550
Atlanta, GA 30363
Telephone: 404.400.7300

*Counsel for Defendant*